ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------X

SHERYL ORLIK, et al., : 08 Civ. 1213 (WCC)
:
Plaintiffs, : ECF CASE
:
- against - : ORDER
:
:
DUTCHESS COUNTY, et al., :
:
Defendants. :
:
-------------------X

**CONNER, Senior D.J.:**

WHEREAS plaintiffs have requested leave to file an Amended Complaint, and defendants have not opposed the request, it is hereby

ORDERED that plaintiffs' request to file an Amended Complaint is granted.

**SO ORDERED.**

Dated:   White Plains, New York
         July 2, 2008

                                             /s/ William C. Conner
                                             WILLIAM C. CONNER, Sr. U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD